UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MENES ANKH EL, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:20-cv-00009-SEB-DLP |
| MARK SEVIER, | ) ) ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

The Court, having this day issued its Order directing the entry of final judgment, now enters

**FINAL JUDGMENT**. The action is **dismissed for lack of jurisdiction**.

Date: 7/6/2020

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MENES ANKH EL
2625 Highland Place
Indianapolis, IN 46208

Caryn Nieman Szyper
INDIANA ATTORNEY GENERAL
caryn.szyper@atg.in.gov